PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AQUILLA BAILEY III.<br><br>Defendant. | CASE NO. 1:16-CR-00069-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: October 26, 2022<br>TIME: 2:00 P.M.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on October 26, 2022.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to December 7, 2022, at 2:00 PM, to allow time for defense review of the discovery, investigation, and settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

Dated:  October 24, 2022                                PHILLIP A. TALBERT
                                                        Acting United States Attorney


                                                        /s/ ANTONIO J. PATACA
                                                        ANTONIO J. PATACA
                                                        Assistant United States Attorney


Dated:  October 24, 2022                                /s/ DAVID A. TORRES
                                                        DAVID A. TORRES
                                                        Counsel for Defendant
                                                        AQUILLA BAILEY III

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued from October 26, 2022, to **December 7, 2022, at 2:00 PM before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated:   **October 25, 2022**           /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE