PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AQUILLA BAILEY III.<br><br>  Defendant. | CASE NO. 1:16-CR-00069-013<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON<br><br>DATE: January 11, 2023<br>TIME: 2:00 P.M.<br>COURT: Hon. Erica P. Grosjean |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on January 11, 2023.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to February 8, 2023, at 2:00 PM, to allow time for defense review of the discovery, investigation, and settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

///

///

///

1

IT IS SO STIPULATED.

Dated: January 5, 2023

          PHILLIP A. TALBERT
          United States Attorney

          /s/ ANTONIO J. PATACA
          ANTONIO J. PATACA
          Assistant United States Attorney

Dated: January 5, 2023

          /s/ DAVID A. TORRES
          DAVID A. TORRES
          Counsel for Defendant
          AQUILLA BAILEY III

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until February 8, 2023, at 2:00 PM before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: **January 6, 2023**

          /s/ Erica P. Grosjean
          UNITED STATES MAGISTRATE JUDGE