IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>       v.<br><br>AQUILLA QUICY BAILEY III<br><br>               Defendant. | CASE NO.  1:16-CR-00069<br><br>ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABEAS CORPUS AD PROSEQUENDUM |

On February 9, 2023, Superior Court Judge William Terrence, a Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of *People v. Aquilla Quincy Bailey III*, F22906458.  The defendant's appearance before the state court judge is necessary on February 10, 2023 at 9:00 a.m. for a preliminary hearing.  The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Fresno County Jail.  His next appearance before the United States District Court is scheduled for February 16, 2023 at 2:00 p.m. for a status conference.  It appearing that the defendant needs to be present for a hearing in the state actions, and that the next court appearance in the above-entitled case will be on February 16, 2023:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office or their designee may produce the defendant in Fresno County Superior court on February 10, 2023, for purposes of his presence at the arraignment hearing, but shall return him to the custody of the United States Marshal Service in the physical custody of Fresno County Jail immediately after the proceeding has concluded on February 10, 2023.  The Court further orders that the Fresno County Sheriff's Office or their designated agents can produce the defendant for future state court proceedings with his return immediately thereafter to the U.S. Marshal Service, if the Fresno County Sheriff's Office confirms with an Assistant U.S. Attorney that no state court appearance conflicts with any federal court appearance.  Under no circumstances is the named

1

defendant to be released from the physical custody of the Fresno County Jail other than for the court appearances that are the subject of this Order, or scheduled Federal Court Appearances, or upon further order from this court.

IT IS SO ORDERED.

Dated:   **February 9, 2023**

_____
UNITED STATES MAGISTRATE JUDGE