DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
AQUILLA BAILEY III

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AQUILLA BAILEY III,<br><br>Defendants. | Case No.  1:16-CR-00069-13-JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF DAVID A. TORRES AS ATTORNEY OF RECORD** |

On May 5, 2016, Defendant Aquilla Bailey III was indicted on federal charges. CJA Panel attorney, David A. Torres, was appointed as trial counsel to represent Mr. Bailey on January 3, 2017. Mr. Bailey was sentenced pursuant to a plea agreement on August 29, 2018. The time for filing a direct appeal was 14 days. No appeal was filed. Mr. Bailey was in custody at the time of sentencing.

On September 12, 2022, I was notified by the Office of the Federal Defender that Mr. Bailey had violated his supervised release and a Petition for Violation had been filed.  I accepted an appointment in this matter. Mr. Bailey was sentenced on March 20, 2023, for said violation and his case has come to an end. Having completed my representation of Mr. Bailey, CJA attorney, David A. Torres, now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Bailey require further legal assistance, he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559)487-5561 (collect) or (855)656-4360 (toll-free-),

which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: May 15, 2023                                             Respectfully Submitted,

                                                         */s/ David A. Torres*
                                                         David A. Torres
                                                         Attorney for Defendant
                                                         Aquilla Bailey III

# ORDER

      Having reviewed the notice and found that attorney David A. Torres has completed the services for which he was appointed, the Court hereby grants attorney David A. Torres' request for leave to withdraw as defense counsel in this matter for Aquila Bailey, III. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CSA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

      The Clerk of the Court is directed to serve a copy of this order on Defendant, Aquilla Bailey III, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Aquila Bailey, III
JID: 7080836
Fresno County Jail
P.O. Box 872
Fresno, CA 93712

IT IS SO ORDERED.

    Dated:   **May 15, 2023**                                        _____
                                                                              UNITED STATES DISTRICT JUDGE